UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OLGA RYBAK AND SERGEY RYBAK, ) <br> husband and wife, SERGEY RYBAK as) <br> guardian for A. R. and D. R., minor children, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY OF WASHOUGAL, a municipal) <br> corporation, ROBERT E. RITCHIE AND JANE ) <br> DOE RITCHIE, husband and wife, RICHARD) <br> FOSTER AND JANE DOE FOSTER, husband) <br> and wife, ROBERT D. GARWOOD and JANE ) <br> DOE GARWOOD, husband and wife,) <br> CAMERON HERSHAW and JANE DOE) <br> HERSHAW, husband and wife, ) <br> ) <br> Defendants. ) <br> _____ ) | No. C05-5645 RJB <br><br> ORDER APPROVING MINOR SETTLEMENT |

The Joint Motion for Approval of Settlement having come before the Court and the Court having considered the Report of the Settlement Guardian Ad Litem and having considered the files and records herein; it is hereby ORDERED:

1. The proposed settlement for the minor children as set forth in the Joint Motion for Approval of Settlement, is approved;

ORDER APPROVING MINOR SETTLEMENT – 1

2. Vernon McCray is approved as Guardian Ad Litem.

3. The settlement funds for minor children in the amount of $10,000 shall be placed in a blocked account and are not to be released, except pursuant to further order of this Court;

4. The Guardian ad Litem or a parent of the minor is authorized to execute releases of the children's claims.

5. The costs and attorney's fees incurred herein are found to be reasonable and approved.

6. Counsel shall, within 30 days, file a Receipt of Funds into a Blocked Financial Account, as evidence that the court's order requiring deposit in a blocked account has been carried out.

Dated and signed this 30th day of March, 2006.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

Presented by:

/s/ Thomas Foley
_____
THOMAS FOLEY, W.S.B.A. #
Of Attorneys for Plaintiffs

ORDER APPROVING MINOR SETTLEMENT – 2